IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD C. KOLESAR, and<br>THOMAS KLAUS,<br><br>          Plaintiffs,<br><br>          v.<br><br>DRIPDROP HYDRATION, INC..,<br><br>          Defendant. | 1:21cv0020<br>LEAD CASE |
| RONALD C. KOLESAR,<br><br>          Plaintiff,<br><br>          v.<br><br>VITAMIN PACKS, INC.,<br><br>          Defendant. | 1:21cv0037<br>MEMBER CASE |
| ROBERT JAHODA,<br><br>          Plaintiff,<br><br>          v.<br><br>DD KARMA, LLC,<br><br>          Defendant. | 21cv0039<br>MEMBER CASE |

RONALD C. KOLESAR and
THOMAS KLAUS,

        Plaintiffs,

           v.

YOUR SUPER, INC.
        Defendant.

1:21cv0045
MEMBER CASE

---

RONALD C. KOLESAR,

        Plaintiff,

           v.

KISS PRODUCTS, INC.

        Defendant.

1:21cv0046
MEMBER CASE

---

ROBERT JAHODA,

        Plaintiff,

           v.

E-DISTRIBUTORS, INC. doing business as
ROCKVILLE PRO SOUND & LIGHTING,

        Defendant.

21cv0047
MEMBER CASE

RONALD C. KOLESAR,

        Plaintiff,

           v.

SUNVALLEYTEK INTERNATIONAL,
INC.,

        Defendant.

1:21cv0048
MEMBER CASE

| | |
|---|---|
| ROBERT JAHODA, | |
|     Plaintiff, | 21cv0048 |
|         v. | MEMBER CASE |
| NEW MILANI GROUP, LLC, | |
|     Defendant. | |

| | |
|---|---|
| RONALD C. KOLESAR, | |
|     Plaintiff, | 1:21cv0049 |
|         v. | MEMBER CASE |
| VERRAGIO, LTD., | |
|     Defendant. | |

| | |
|---|---|
| ROBERT JAHODA, | |
|     Plaintiff, | 21cv0059 |
|         v. | MEMBER CASE |
| SOLGAARD DESIGN, INC., | |
|     Defendant. | |

| | |
|---|---|
| THOMAS KLAUS, | |
|     Plaintiff, | 21cv0060 |
|         v. | MEMBER CASE |
| VEJO, INC., | |
|     Defendant. | |

ROBERT JAHODA,

       Plaintiff,                                             21cv0081
                                                                  MEMBER CASE

        v.

DAVE RIBEIRO, LLC *doing business as*
THE COLDEST WATER,

       Defendant.

ROBERT JAHODA,

       Plaintiff,                                             21cv0082
                                                                  MEMBER CASE

        v.

MOXIELASH, INC.,

       Defendant.

ROBERT JAHODA

       Plaintiff,                                             21cv0095
                                                                   MEMBER CASE

        v.

CATBIRD NYC, INC.,

       Defendant.

ROBERT JAHODA

       Plaintiff,                                             21cv0097
                                                                   MEMBER CASE

        v.

SHEER, LLC,

       Defendant.

ROBERT JAHODA, THOMAS KLAUS,

        Plaintiffs,                      21cv0202
                                            MEMEBER CASE

            v.

CEREBRAL, INC.,

        Defendant.

---

ROBERT JAHODA, THOMAS KLAUS,

        Plaintiffs,                      21cv0204
                                            MEMEBER CASE

            v.

EXPRESS SCRIPTS HOLDING COMPANY,

        Defendant.

---

ROBERT JAHODA, THOMAS KLAUS,

        Plaintiffs,                      21cv0205
                                            MEMEBER CASE

            v.

HONEYBEE HEALTH, INC.,

        Defendant.

---

ROBERT JAHODA, THOMAS KLAUS,

        Plaintiffs,                      21cv0206
                                            MEMEBER CASE

            v.

PHYSICIANS FORMULA, INC.,

        Defendant.

ROBERT JAHODA, THOMAS KLAUS,

    Plaintiffs,               21cv0207
                                       MEMEBER CASE

        v.

RXEED, LLC,

    Defendant.

## CONSOLIDATION ORDER OF COURT

IT IS HEREBY ORDERED that the parties shall proceed as follows:

1. Civil Action Nos. 21-37Erie, 21-39, 21-45Erie, 21-46Erie, 21-47, 21-48Erie, 21-48, 21-49Erie, 21-59, 21-60, 21-81, 21-82, 21-95, 21-97, 21-202, 21-204, 21-205, 21-206, and 21-207 are hereby consolidated with **Civil Action No. 1:2021cv0020 (Erie)**, the lead case as captioned above.

2. All pleading, motions, and other papers hereafter filed shall be filed at **Civil Action No. 1:2021cv0020 (Erie)**.

3. The Clerk of Court shall **close** Civil Action Nos. 21-37Erie, 21-39, 21-45Erie, 21-46Erie, 21-47, 21-48Erie, 21-48, 21-49Erie, 21-59, 21-60, 21-81, 21-82, 21-95, 21-97, 21-202, 21-204, 21-205, 21-206, and 21-207.

                **SO ORDERED** this 17th day of February, 2021.

                s/Arthur J. Schwab
                Arthur J. Schwab
                United States District Judge