### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD C. KOLESAR, and THOMAS KLAUS, <br><br> Plaintiffs, <br><br> v. <br><br> DRIPDROP HYDRATION, INC., <br><br> Defendant. | Lead Case No. 1:21-cv-20 |
| ROBERT JAHODA, <br><br> Plaintiff, <br><br> v. <br><br> SHEER, LLC, <br><br> Defendant. | Member Case No. 2:21-cv-97 |

### NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Robert Jahoda hereby voluntarily dismisses without prejudice his claims against Defendant, Sheer, LLC.

Respectfully submitted,

*/s/ R. Bruce Carlson*
R. Bruce Carlson
bcarlson@carlsonlynch.com
Nicholas A. Colella
ncolella@carlsonlynch.com
**CARLSON LYNCH, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Phone: (412) 322.9243

*Counsel for Plaintiff*