## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD C. KOLESAR, and THOMAS KLAUS, <br><br> Plaintiffs, <br><br> v. <br><br> DRIPDROP HYDRATION, INC., <br><br> Defendant. | Lead Case No. 1:21-cv-20 |
| RONALD C. KOLESAR, <br><br> Plaintiff, <br><br> v. <br><br> VERRAGIO, LTD., <br><br> Defendant. | Member Case No. 1:21-cv-49 |

## **NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Ronald C. Kolesar hereby voluntarily dismisses without prejudice his claims against Defendant, Verragio, Ltd.

    Respectfully submitted,

    */s/ R. Bruce Carlson*
    R. Bruce Carlson
    bcarlson@carlsonlynch.com
    Nicholas A. Colella
    ncolella@carlsonlynch.com
    **CARLSON LYNCH, LLP**
    1133 Penn Avenue, 5th Floor
    Pittsburgh, PA 15222
    Phone: (412) 322.9243

    *Counsel for Plaintiff*