IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT JAHODA and THOMAS KLAUS,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CEREBRAL, INC.,<br><br>　　　　　　　　Defendant. | Civil Action No. 1:21-cv-00202 |

## NOTICE OF SETTLEMENT

COMES NOW Robert Jahoda and Thomas Klaus, by and through their undersigned counsel, and hereby advise this Honorable Court that they have reached an agreement in principle with Defendant, Cerebral, Inc. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within thirty (30) days.

Dated: April 13, 2021　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　*/s/ R. Bruce Carlson*
　　　　　　　　　　　　　　　　　R. Bruce Carlson
　　　　　　　　　　　　　　　　　bcarlson@carlsonlynch.com
　　　　　　　　　　　　　　　　　**CARLSON LYNCH, LLP**
　　　　　　　　　　　　　　　　　1133 Penn Avenue, 5th Floor
　　　　　　　　　　　　　　　　　Pittsburgh, PA 15222
　　　　　　　　　　　　　　　　　Phone: (412) 322.9243

　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, R. Bruce Carlson, hereby certify that on April 13, 2021, I caused a true and correct copy of the foregoing Notice of Settlement to be filed electronically and served via the Court's ECF system.

*/s/ R. Bruce Carlson*
R. Bruce Carlson