UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD C. KOLESAR, and THOMAS KLAUS,<br><br>    Plaintiffs,<br><br>v.<br><br>DRIPDROP HYDRATION, INC.,<br><br>    Defendant. | Lead Case No. 1:21-cv-20 |
| ROBERT JAHODA and THOMAS KLAUS,<br><br>    Plaintiffs,<br><br>v.<br><br>EXPRESS SCRIPTS HOLDING COMPANY,<br><br>    Defendant. | Member Case No. 2:21-cv-204 |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs Robert Jahoda and Thomas Klaus ("Plaintiffs") and Defendant Express Scripts Holding Company ("Defendant"), by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate that:

1. This action shall be DISMISSED without prejudice as between Plaintiffs and Defendant;

2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

| | |
|---|---|
| Dated: May 14, 2021 | Respectfully submitted, |
| */s/ R. Bruce Carlson* | */s/ Mark T. Phillis* |
| R. Bruce Carlson | Mark T. Phillis |
| Nicholas A. Colella | LITTLER MENDELSON, P.C. |
| CARLSON LYNCH, LLP | 625 Liberty Avenue, 26th Floor |
| 1133 Penn Avenue, 5th Floor | Pittsburgh, PA 15222 |
| Pittsburgh, PA 15222 | Phone: (412) 201-7636 |
| 412-322-9243 | mphillis@littler.com |
| bcarlson@carlsonlynch.com | |
| ncolella@carlsonlynch.com | *Attorney for Defendant* |
| | |
| *Attorneys for Plaintiffs* | |

4820-5135-7673.1 / 107562-1002