UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD C. KOLESAR, and THOMAS KLAUS,<br><br>    Plaintiffs,<br><br>v.<br><br>DRIPDROP HYDRATION, INC.,<br><br>    Defendant. | Lead Case No. 1:21-cv-20 |
| RONALD C. KOLESAR and THOMAS KLAUS,<br><br>    Plaintiffs,<br><br>v.<br><br>VITAMIN PACKS, INC.,<br><br>    Defendant. | Member Case No. 1:21-cv-37 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Ronald C. Kolesar and Thomas Klaus ("Plaintiffs") and Defendant Vitamin Packs, Inc. ("Defendant"), by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that:

1. This action shall be DISMISSED with prejudice as between Plaintiffs and Defendant;

2. Except as noted in the Settlement Agreement between the parties, each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

 

| | |
|---|---|
| Dated: May 26, 2021 | Respectfully submitted, |
| */s/ Nicholas A. Colella* | */s/ Thomas H. May* |
| R. Bruce Carlson | Thomas H. May, PA 25953 |
| Nicholas A. Colella | DICKIE, MCCAMEY & CHILCOTE |
| CARLSON LYNCH, LLP | Suite 400, Two PPG Place |
| 1133 Penn Avenue, 5th Floor | Pittsburg, PA 15222 |
| Pittsburgh, PA 15222 | Tel. (412) 841-8579 |
| 412-322-9243 | tmay@dmclaw.com |
| bcarlson@carlsonlynch.com | |
| ncolella@carlsonlynch.com | *Attorney for Defendant* |
| | |
| *Attorneys for Plaintiffs* | |