UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT JAHODA<br><br>                            Plaintiff,<br><br>-against-<br><br>SOLGAARD DESIGN, INC.,<br><br>                           Defendant. | Civil Action No. 2:21-cv-59 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by the parties to this action, by and through their undersigned counsel, that this action is dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its or their own legal fees and costs.

Dated: June 8, 2021

| | |
|---|---|
| CARLSON LYNCH LLP | DEFOREST KOSCELNIK YOKITIS<br>SKINNER & BERARDINELLI |
| By: _____<br>R. Bruce Carlson<br>1133 Penn Avenue, 5th Floor<br>Pittsburgh, PA 15222<br>(412) 322-9243<br>*Attorneys for Plaintiff* | By: _____<br>David J. Berardinelli<br>436 Seventh Avenue<br>Pittsburgh, PA 15219<br>(412) 227-3100<br>*Attorneys for Defendant* |