IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD C. KOLESAR, and THOMAS KLAUS, <br><br> Plaintiffs, <br><br> v. <br><br> DRIPDROP HYDRATION, INC., <br><br> Defendant. | Lead Case No. 1:21-cv-20 |

## REQUEST TO ENTER DEFAULT

To the Clerk of the U.S. District Court for the Western District of Pennsylvania:

You will please enter the default of the defendant, DripDrop Hydration, Inc., for failure to plead or other otherwise defend as provided by the Federal Rules of Civil Procedure as appears from the record and from the affidavit of Nicholas A. Colella, which is attached hereto.

/s/ Nicholas A. Colella
Nicholas A. Colella

---

CLERK'S ENTRY OF DEFAULT

Date: 06/10/2021

*CarinaLoushe*
Docket Clerk

*Joshua C. Lewis*
Joshua C. Lewis

## **CERTIFICATE OF SERVICE**

      I hereby certify, that on June 8, 2021, a true and correct copy of the foregoing Request to Enter Default was filed electronically and is available for viewing and downloading from the Court's ECF system. I certify also that a true and correct copy will also be served upon the following via FedEx:

DripDrop Hydration, Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

DripDrop Hydration, Inc.
1144 65th Street, Suite G
Oakland, CA 94608

      Respectfully submitted this 8th day of June, 2021,

*/s/ Nicholas A. Colella*
Nicholas A. Colella