# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD C. KOLESAR, and THOMAS KLAUS,<br><br>  Plaintiffs,<br><br>v.<br><br>DRIPDROP HYDRATION, INC.,<br><br>  Defendant. | Lead Case No. 1:21-cv-20 |
| ROBERT JAHODA and THOMAS KLAUS,<br><br>  Plaintiffs,<br><br>v.<br><br>HONEYBEE HEALTH, INC.,<br><br>  Defendant. | Member Case No. No. 2:21-cv-205 |

## **NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiffs, Robert Jahoda and Thomas Klaus, hereby voluntarily dismiss with prejudice their claims against Defendant, Honeybee Health, Inc.

Respectfully submitted,

*/s/ Nicholas A. Colella*
R. Bruce Carlson
bcarlson@carlsonlynch.com
Nicholas A. Colella
ncolella@carlsonlynch.com
**CARLSON LYNCH, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Phone: (412) 322.9243

*Counsel for Plaintiff*