IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD C. KOLESAR, and THOMAS KLAUS,<br><br>      Plaintiffs,<br><br>v.<br><br>DRIPDROP HYDRATION, INC.,<br><br>      Defendant. | Lead Case No. 1:21-cv-20 |
| RONALD C. KOLESAR,<br><br>      Plaintiff,<br><br>v.<br><br>KISS PRODUCTS, INC.<br><br>      Defendant. | Member Case No. 1:21-cv-46 |

## <u>NOTICE OF SETTLEMENT</u>

COMES NOW Plaintiff Ronald C. Kolesar, by and through his undersigned counsel, and hereby advises this Honorable Court that he has reached an agreement in principle with Defendant, Kiss Products, Inc. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within forty-five (45) days.

*/s/ R. Bruce Carlson*

R. Bruce Carlson
bcarlson@carlsonlynch.com
Nicholas A. Colella
ncollela@carlsonlynch.com
**CARLSON LYNCH LLP**
1133 Penn Ave., 5th Floor
Pittsburgh, PA 15222
Phone: (412) 322-9243
Fax: (412) 231-0246

*Attorneys for Plaintiff*