IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD C. KOLESAR, and THOMAS KLAUS, <br><br> Plaintiffs, <br><br> v. <br><br> DRIPDROP HYDRATION, INC., <br><br> Defendant. | Lead Case No. 1:21-cv-20 |
| ROBERT JAHODA, <br><br> Plaintiff, <br><br> v. <br><br> E-DISTRIBUTORS, INC. doing business as ROCKVILLE PRO SOUND & LIGHTING, <br><br> Defendant. | Member Case No. 2:21-cv-47 |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff Robert Jahoda, by and through his undersigned counsel, and hereby advises this Honorable Court that he has reached an agreement in principle with Defendant, E-Distributors, Inc. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within thirty (30) days.

*/s/ Nicholas A. Colella*
R. Bruce Carlson
bcarlson@carlsonlynch.com
Nicholas A. Colella
ncolella@carlsonlynch.com
**CARLSON LYNCH LLP**
1133 Penn Ave., 5th Floor
Pittsburgh, PA 15222
Phone: (412) 322-9243
Fax: (412) 231-0246

*Attorneys for Plaintiff*