IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD C. KOLESAR and THOMAS KLAUS, <br><br> Plaintiffs, <br><br> v. <br><br> DRIPDROP HYDRATION, INC., <br><br> Defendant. | Lead Case No. 1:21-cv-20 |
| ROBERT JAHODA and THOMAS KLAUS, <br><br> Plaintiffs, <br><br> v. <br><br> PHYSICIANS FORMULA, INC., <br><br> Defendant. | Member Case No. 2:21-cv-206 |

## NOTICE OF SETTLEMENT

COME NOW Plaintiffs Robert Jahoda and Thomas Klaus, by and through their undersigned counsel, and hereby advise this Honorable Court that they have reached an agreement in principle with Defendant, Physicians Formula, Inc. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within forty-five (45) days.

*/s/ Nicholas A. Colella*
R. Bruce Carlson
bcarlson@carlsonlynch.com
Nicholas A. Colella
ncolella@carlsonlynch.com
**CARLSON LYNCH LLP**
1133 Penn Ave., 5th Floor
Pittsburgh, PA 15222
Phone: (412) 322-9243
Fax: (412) 231-0246

*Attorneys for Plaintiff*

1