UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD C. KOLESAR and THOMAS KLAUS,<br><br>      Plaintiff,<br><br>v.<br><br>DRIPDROP HYDRATION, INC.,<br><br>      Defendant. | Lead Case No. 1:21-cv-00020 AJS |
| RONALD C. KOLESAR and THOMAS KLAUS,<br><br>      Plaintiff,<br><br>v.<br><br>YOUR SUPER, INC.,<br><br>      Defendant. | Member Case No. 1:21-cv-00045 AJS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Ronald C. Kolesar and Thomas Klaus ("Plaintiffs") and Defendant Your Super, Inc., ("Defendant"), by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that:

1. This action shall be DISMISSED with prejudice as between Plaintiffs and Defendant;

2. Except as noted in the Settlement Agreement between the parties, each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

| | |
|---|---|
| Dated: July 7, 2021 | Respectfully submitted, |
| */s/ Nicholas A. Colella* | */s/ Matthew R. Orr* |
| R. Bruce Carlson | Matthew R. Orr |
| Nicholas A. Colella | AMIN TALATI WASSERMAN, LLP |
| CARLSON LYNCH, LLP | 515 South Flower Street |
| 1133 Penn Avenue, 5th Floor | 18th Floor |
| Pittsburgh, PA 15222 | Los Angeles, CA 90071 |
| 412-322-9243 | 213-933-2330 |
| bcarlson@carlsonlynch.com | matt@amintalati.com |
| ncolella@carlsonlynch.com | |
| | *Attorneys for Defendant Your Super, Inc.* |
| *Attorneys for Plaintiff* | |