IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD C. KOLESAR and THOMAS KLAUS,<br><br>  Plaintiffs,<br><br>v.<br><br>DRIPDROP HYDRATION, INC.,<br><br>  Defendant. | Lead Case No. 1:21-cv-20 |
| ROBERT JAHODA,<br><br>  Plaintiff,<br><br>v.<br><br>CATBIRD NYC, INC.,<br><br>  Defendant. | Member Case No. 2:21-cv-95 |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff Robert Jahoda, by and through his undersigned counsel, and hereby advises this Honorable Court that he has reached an agreement in principle with Defendant, Catbird NYC, Inc. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within forty-five (45) days.

*/s/ Nicholas A. Colella*
R. Bruce Carlson
bcarlson@carlsonlynch.com
Nicholas A. Colella
ncolella@carlsonlynch.com
**CARLSON LYNCH LLP**
1133 Penn Ave., 5th Floor
Pittsburgh, PA 15222
Phone: (412) 322-9243
Fax: (412) 231-0246

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Nicholas A. Colella, hereby certify that on July 15, 2021, I caused a true and correct copy of foregoing *Notice of Settlement* to be filed electronically and served via the Court's ECF system.

Respectfully Submitted,

By: */s/ Nicholas A. Colella*
Nicholas A. Colella
