## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD C. KOLESAR, and THOMAS KLAUS,<br><br>Plaintiffs,<br><br>v.<br><br>DRIPDROP HYDRATION, INC.,<br><br>Defendant. | Lead Case No. 1:21-cv-20-AJS |
| ROBERT JAHODA and THOMAS KLAUS,<br><br>Plaintiffs,<br><br>v.<br><br>RXEED, LLC,<br><br>Defendant. | Member Case No.: 2:21-cv-207-AJS |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Robert Jahoda and Thomas Klaus ("Plaintiffs") and Defendant Rxeed, LLC, ("Defendant"), by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that:

1. This action shall be DISMISSED with prejudice as between Plaintiffs and Defendant;

2. Except as noted in the Settlement Agreement between the parties, each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

| | |
|---|---|
| Dated: July 20, 2021 | Respectfully submitted, |
| */s/ Nicholas A. Colella* | */s/ J. Conor Corcoran* |
| R. Bruce Carlson | J. Conor Corcoran |
| Nicholas A. Colella | **LAW OFFICE OF J. CONOR** |
| **CARLSON LYNCH, LLP** | **CORCORAN, P.C.** |
| 1133 Penn Avenue, 5th Floor | 1650 Market Street |
| Pittsburgh, PA 15222 | Suite 3600 |
| 412-322-9243 | Philadelphia, PA 19103 |
| bcarlson@carlsonlynch.com | Phone: (215) 735-1135 |
| ncolella@carlsonlynch.com | Fax: (215) 735-1175 |
| | Email: conor@jccesq.com |
| *Attorneys for Plaintiffs* | *Attorney for Defendant* |