IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD C. KOLESAR, and THOMAS KLAUS,<br><br>    Plaintiffs,<br><br>v.<br><br>DRIPDROP HYDRATION, INC.,<br><br>    Defendant. | Lead Case No. 1:21-cv-20 |
| RONALD C. KOLESAR,<br><br>    Plaintiff,<br><br>v.<br><br>SUNVALLEYTEK INTERNATIONAL, INC.,<br><br>    Defendant. | Member Case No. 1:21-cv-48 |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Ronald C. Kolesar hereby voluntarily dismisses with prejudice his claims against Defendant SUNVALLEYTEK International, Inc.


Dated: July 29, 2021            Respectfully Submitted,

                                */s/ Nicholas A. Colella*
                                Nicholas A. Colella
                                ncolella@carlsonlynch.com
                                **CARLSON LYNCH, LLP**
                                1133 Penn Avenue, 5th Floor
                                Pittsburgh, PA 15222
                                Phone: (412) 322.9243

                                *Counsel for Plaintiff*