IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RONALD C. KOLESAR, and
THOMAS KLAUS,

     Plaintiffs,                                   Lead Case No. 1:21-cv-20

v.

DRIPDROP HYDRATION, INC.,

     Defendant.

ROBERT JAHODA,

     Plaintiff,                                    Member Case No. 2:21-cv-95

v.

CATBIRD NYC, INC.,

     Defendant.

## **NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Robert Jahoda hereby voluntarily dismisses with prejudice his claims against Defendant Catbird NYC, Inc.

Dated: August 4, 2021          Respectfully Submitted,

                                   */s/ Nicholas A. Colella*
                                   Nicholas A. Colella
                                   ncolella@carlsonlynch.com
                                   **CARLSON LYNCH, LLP**
                                   1133 Penn Avenue, 5th Floor
                                   Pittsburgh, PA 15222
                                   Phone: (412) 322.9243

                                   *Counsel for Plaintiff*