IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD C. KOLESAR, and THOMAS KLAUS,<br><br>    Plaintiffs,<br><br>v.<br><br>DRIPDROP HYDRATION, INC.,<br><br>    Defendant. | Lead Case No. 1:21-cv-20 |
| ROBERT JAHODA,<br><br>    Plaintiff,<br><br>v.<br><br>MOXIELASH, INC.,<br><br>    Defendant. | Member Case No. 2:21-cv-82 |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff Robert Jahoda, by and through his undersigned counsel, and hereby advises this Honorable Court that he has reached an agreement in principle with Defendant, Moxielash, Inc. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within forty-five (45) days.

*/s/ Nicholas A. Colella*
Nicholas A. Colella
**CARLSON LYNCH, LLP**
1133 Penn Ave., 5th Floor
Pittsburgh, PA 15222
Phone: (412) 322-9243
Fax: (412) 231-0246
ncolella@carlsonlynch.com

*Attorneys for Plaintiff*

1