IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD C. KOLESAR, and THOMAS KLAUS,<br><br>    Plaintiffs,<br><br>v.<br><br>DRIPDROP HYDRATION, INC.,<br><br>    Defendant. | Lead Case No. 1:21-cv-20 |
| ROBERT JAHODA,<br><br>    Plaintiff,<br><br>v.<br><br>NEW MILANI GROUP, LLC,<br><br>    Defendant. | Member Case No. 2:21-cv-48 |

## ORDER GRANTING UNOPPOSED MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

AND NOW, this  1st  day of  November , 2021, in consideration of Unopposed Motion to Continue Initial Case Management Conference, it is hereby ORDERED, ADJUDGED, and DECREED that said Motion is GRANTED.

The Initial Case Management Conference is continued to  November 17 , 2021 at  10 : 30  am.  The Rule 26(f) report, proposed case management order, and stipulation selecting ADR process are due fourteen (14) days prior to the conference. (November 3, 2021)

BY THE COURT:

s/Arthur J. Schwab
Arthur J. Schwab
Senior United States District Judge