### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD C. KOLESAR and THOMAS KLAUS,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DRIPDROP HYDRATION, INC.,<br><br>　　　　Defendant. | Lead Case No. 1:21-cv-20 |
| ROBERT JAHODA,<br><br>　　Plaintiff,<br><br>v.<br><br>MOXIELASH, INC.,<br><br>　　　　Defendant. | Member Case No. 2:21-cv-82 |

### NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Robert Jahoda voluntarily dismisses with prejudice his claims against Defendant Moxielash, Inc.

　　　　　　　　　　　　　　　　　　　*/s/ Nicholas A. Colella*
　　　　　　　　　　　　　　　　　　　Nicholas A. Colella
　　　　　　　　　　　　　　　　　　　nickc@lcllp.com
　　　　　　　　　　　　　　　　　　　**LYNCH CARPENTER, LLP**
　　　　　　　　　　　　　　　　　　　1133 Penn Ave., 5th Floor
　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15222
　　　　　　　　　　　　　　　　　　　Phone: (412) 322-9243
　　　　　　　　　　　　　　　　　　　Fax: (412) 231-0246

　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*