# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD C. KOLESAR, and THOMAS KLAUS,<br><br>    Plaintiffs,<br><br>v.<br><br>DRIPDROP HYDRATION, INC.,<br><br>    Defendant. | Lead Case No. 1:21-cv-20 |
| ROBERT JAHODA,<br><br>    Plaintiff,<br><br>v.<br><br>DD KARMA, LLC,<br><br>    Defendant. | Member Case No. 2:21-cv-39 |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Robert Jahoda hereby voluntarily dismisses with prejudice his claims against Defendant DD Karma, LLC.

Respectfully submitted,

*/s/ Nicholas A. Colella*
Nicholas A. Colella
**LYNCH CARPENTER LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
(412) 322-9243
(412) 231-0246 (Facsimile)
NickC@lcllp.com

*Counsel for Plaintiff*