## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD C. KOLESAR, and THOMAS KLAUS,<br><br>    Plaintiffs,<br><br>v.<br><br>DRIPDROP HYDRATION, INC.,<br><br>    Defendant. | Lead Case No. 1:21-cv-20 |
| ROBERT JAHODA,<br><br>    Plaintiff,<br><br>v.<br><br>NEW MILANI GROUP, LLC,<br><br>    Defendant. | Member Case No. 2:21-cv-48 |

### NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Robert Jahoda hereby voluntarily dismisses with prejudice his claims against Defendant New Milani Group, LLC.

    Respectfully submitted,

    */s/ Nicholas A. Colella*
    Nicholas A. Colella
    **LYNCH CARPENTER LLP**
    1133 Penn Avenue, 5th Floor
    Pittsburgh, PA 15222
    (412) 322-9243
    (412) 231-0246 (Facsimile)
    NickC@lcllp.com

    *Counsel for Plaintiff*