IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD C. KOLESAR, and THOMAS KLAUS, <br><br> Plaintiffs, <br><br> v. <br><br> DRIPDROP HYDRATION, INC., <br><br> Defendant. | Lead Case No. 1:21-cv-20 |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiffs Ronald C. Kolesar and Thomas Klaus hereby voluntarily dismiss with prejudice their claims against Defendant DripDrop Hydration, Inc.

Dated: May 10, 2022

Respectfully submitted,

/s/ Nicholas A. Colella
Nicholas A. Colella
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Phone: (412) 322.9243
nickc@lcllp.com

*Counsel for Plaintiffs*

AND NOW, this __11TH__ day of __MAY__, 20 __22__;
IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

1